LINK:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-09106-GAF (JCGx) | Date | March 28, 2012 |
|---|---|---|---|
| Title | Facton Ltd et al v. Partners In Crime LLC et al | | |

| Present: The Honorable | **GARY ALLEN FEESS** |
|---|---|

| Renee Fisher | None | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| None | None | |

**Proceedings:**     (In Chambers)

**ORDER TO SHOW CAUSE RE:  DISMISSAL FOR LACK OF PROSECUTION**

Plaintiff(s) are **ORDERED** to show cause why this case should not be dismissed, for lack of prosecution.  <u>Link v. Wabash R. Co.</u>, 370 U.S. 626 (1962) (court has inherent power to dismiss for lack of prosecution on its own motion).  In this matter:

☒     Defendant(s) did not answer the complaint, yet **Plaintiff(s) have failed to request entry of default**, pursuant to Fed. R. Civ. P. 55(a).  Plaintiff(s) can satisfy this order by seeking entry of default or by dismissing the complaint.

Plaintiffs must respond to this order within 20 days.  **Failure to respond to this OSC will be deemed consent to the dismissal of the action.**

IT IS SO ORDERED.